**Order entered June 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00280-CR

### EX PARTE CHRISTOPHER RION

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX18-90101-L**

## ORDER

Before the Court is appellant's June 25, 2019 motion to extend the time to file his brief.

We **GRANT** the motion.  Appellant's brief shall be due on or before July 1, 2019.

/s/     BILL WHITEHILL
        JUSTICE